# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

IN RE: Barbara M. Bagby            CASE NO: 03BK-32214

## ORDER FOR PAYMENT FROM UNCLAIMED FUNDS

It appears to the Court that unclaimed funds in the amount of **$394.49** payable to CitiCorp., N.A. are being held in the Registry of this Court for the benefit of the Claimant in the above captioned bankruptcy case, and that Claimant has made application for the payment of these funds; therefore,

**IT IS ORDERED** that the Clerk cause to be paid from the Treasury, the amount of **$394.49** payable to **Citi Cards/CitiCorp., N.A.** at the following address: **c/o Kathleen S. Allen, Recovery & Escheatment Manager, 3800 Citigroup Center, G3-4, Tampa, FL 33610**, *less the handling charge imposed by 28 U.S.C. § 1930.*

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 21 day of December, 2007.

_____
HENLEY A. HUNTER, JUDGE
UNITED STATES BANKRUPTCY COURT